UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC SCOTT ABRAHAM,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN CATES,<br><br>    Respondent. | Case No. 23-cv-03587-PCP<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at California Correctional Institution, in Tehachapi, California, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. No. 1. Petitioner challenges his conviction from Orange County Superior Court. *See id*. at 1 (the challenged conviction is from "OC Superior Court"); *see also People v. Abraham*, Case No. S273392 (Cal. S. Ct.) (showing Petitioner's direct appeal came from California's Fourth District Court of Appeal).

Although venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), petitions challenging a conviction or sentence are preferably heard in the district of conviction, Habeas L.R. 2254-3(b)(1). *See also Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because Petitioner challenges a conviction from Orange County, the Central District of California is the district of conviction. *See* 28 U.S.C. § 84(c).

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: March 1, 2024

P. Casey Pitts
United States District Judge